# United States District Court
# Central District of California

| | |
|---|---|
| AARON KAUFMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CHUBB LIMITED, et al.,<br><br>    Defendants. | Case No. 2:18-cv-00844-ODW (MRWx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendants;
2. Defendants shall have **JUDGMENT** in their favor;
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 3, 2019

                                             _____
                                                      **OTIS D. WRIGHT, II
                                             UNITED STATES DISTRICT JUDGE**